**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-04-1243-PCT-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Alejandro Valdez, ) | |
| Defendant. ) | |

On February 28, 2005, Defendant was sentenced to a term of 27 months in prison and a term of 36 months supervised released. Dkt. #24. Defendant's probation officer filed a petition to revoke supervised release on October 11, 2006. Dkt. #27. An arrest warrant issued the same day. Dkt. #28. Defendant currently is serving a state prison sentence.

Defendant has filed a motion for speedy trial. Dkt. #29. In its response, the Government cites legal authority for the proposition that a hearing on a federal petition to revoke supervised release is not required until after the defendant is taken into federal custody and that the issuance of a warrant and the lodging of a detainer, while the defendant is incarcerated elsewhere for a separate crime, do not constitute being taken into custody. Dkt. #31 at 2-3 (citing *Morrissey v. Brewer*, 408 U.S. 471, 488 (1972); *Moody v. Daggett*, 429 U.S. 78, 86-87 (1976)); *see United States v. Garrett*, 253 F.3d 443, 447 (9th Cir. 2001) ("A revocation hearing . . . need only be tendered promptly after the violation warrant is *executed*, because a parolee does not suffer a loss of liberty as a parole violator until he is taken into custody under the violation warrant.") (emphasis in original). Defendant counters

1 in his reply that he was taken into custody by his federal probation officer and then turned
2 over to state authorities.  Dkt. #32.

3      **IT IS ORDERED** that the Government shall file a sur-reply by **November 7, 2008**,
4 addressing whether Defendant was taken into custody by his federal probation officer
5 pursuant to the federal arrest warrant issued on October 11, 2006 (Dkt. #28), and, if so, the
6 effect of that fact on the Government's position.

7      DATED this 28th day of October, 2008.

*[signature]*

David G. Campbell
United States District Judge